UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER MARTINEZ,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CENTRAL MORTGAGE COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01190-JCM-PAL<br><br>**ORDER**<br><br>(Mot. File Electronically – Dkt. #5) |

　　　　This matter is before the Court on Plaintiff Christopher Martinez's Motion to File Documents Electronically through the CM/ECF System (Dkt. #5). No opposition was filed and the time for doing so has now passed. This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9 of the Local Rules of Practice.

　　　　Mr. Martinez asks the Court to allow him to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case.

　　　　Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Christopher Martinez's Motion to File Documents Electronically through the CM/ECF System (Dkt. #5) is GRANTED. Mr. Martinez must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before **February 26, 2016**, Mr. Martinez must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

    b. Mr. Martinez is not authorized to file electronically unless the certification is filed with the Court within the specified time frame.

1

1         c.  Upon timely filing of the certification, Mr. Martinez shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 29th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE